# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA RONQUILLO,<br><br>             Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, *et al.,*<br><br>             Defendants. | Case No. 2:10-cv-02115-PMP-PAL<br><br>**ORDER** |

This matter is before the court on Plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (Dkt. #1) in this matter was filed December 6, 2010. The Answer has not been filed, but a Motion to Dismiss was filed December 17, 2010. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, the Plaintiff has failed to comply. Accordingly,

**IT IS ORDERED** Plaintiff shall file her Certificate as to Interested Parties, which fully complies with LR 7.1-1 **no later than 4:00 p.m., January 4, 2011.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

Dated this 21st day of December, 2010.

_____
Peggy A. Leen
United States Magistrate Judge