**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| PATRICIAL RONQUILLO, )<br>  )<br>            Plaintiff, )<br>  )<br> vs. )<br>  )<br> FEDERAL HOME LOAN MORTGAGE; )<br> STATE OF NEVADA; MELISSA ROBERTS; )<br> JEREMY T. BERGSTROM, )<br>  )<br>  )<br>            Defendants. )<br> _____) | **2:10-CV-02115-PMP-PAL** |

The Court having read and considered Defendant Jeremy Bergstorm's fully briefed Motion to Dismiss Complaint (Doc. #3), filed December 17, 2010, and good cause appearing,

The Court finds that Defendant Bergstrom's Motion to Dismiss (Doc. #3) must be granted.

Specifically, the Court finds that Plaintiff Ronquillo has failed to comply with the provisions of the Federal Rules of Civil Procedure, Rule 8(a), by providing, a Complaint that contains "a short plain statement of the claim showing that the pleader is entitled to relief." From what the Court can discern in reviewing Plaintiff's Complaint, it is clear that Plaintiff fails to state a cognizable claim for

///

///

relief and it also appears that this Court lacks subject matter jurisdiction to consider the claims she is attempting to bring forth.

**IT IS THEREFORE ORDERED that** Defendant Jeremy Bergstorm's Motion to Dismiss Complaint (Doc. #3) is **GRANTED**.

DATED: January 18, 2011.

PHILIP M. PRO
United States District Judge