UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PATRICIAL RONQUILLO,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE;<br>STATE OF NEVADA; MELISSA ROBERTS;<br>JEREMY T. BERGSTROM,<br><br>    Defendants. | **2:10-CV-02115-PMP-PAL**<br><br>**ORDER** |

Before the Court for consideration is Defendant's Motion to Dismiss Complaint (Doc. #23) filed April 21, 2011. Plaintiff was advised of her obligation to file a timely response to Defendant's Motion to Dismiss (Doc. #24), but has failed to do so. As a result, in accord with the Local Rules of Practice of this Court, Plaintiff consents to the granting of Defendant Federal Home Loan Mortgage's motion to dismiss. Moreover, a review of Defendant's motion shows that Defendant is entitled to the relief requested on the merits of motion.

**IT IS THEREFORE ORDERED that** Defendant Federal Home Loan Mortgage's Motion to Dismiss Complaint (Doc. #23) is **GRANTED**.

///

///

1 **IT IS FURTHER ORDERED that** the Clerk of Court shall enter
2 judgment in favor of Defendants and against Plaintiff Patricial Ronquillo.
3 DATED:  May 12, 2011.

_____
PHILIP M. PRO
United States District Judge